# EXHIBIT A

RIVKIN RADLER LLP
JOHN J. ROBERTELLI, ESQ.
COURT PLAZA SOUTH-WEST WING
21 MAIN STREET
HACKENSACK, NEW JERSEY 07601
(201) 287-2460
MCCONNELL SIDERIUS FLEISCHNER
HOUGHTALING & CRAIGMILE, LLC
TRACI L. VAN PELT, ESQ.
MICHAEL T. McCONNELL, ESQ.
ROBERT W. STEINMETZ, ESQ.
DENVER CORPORATE CENTER, TOWER I
4700 S. SYRACUSE, SUITE 200
DENVER, CO 80202
(303) 458-9555
Attorneys for defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq.
Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

MICHAEL S. JOHNSON, DONNA DYMKOWSKI, )
PATRICIA LONG-CORREA, ANTONIO )
SAMUEL, VINCENT HALL, ANGELETTE )
WATERS, Individually, and on behalf of the Class, )
)
           Plaintiffs, )  Civil Action No._____
)
      -against- )
)
NEXTEL COMMUNICATIONS, INC., a Delaware )  **NOTICE OF REMOVAL TO THE**
Corporation; LEEDS, MORELLI & BROWN, P.C.; )  **UNITED STATES DISTRICT COURT,**
LENARD LEEDS, STEVEN A. MORELLI; )  **DISTRICT OF NEW JERSEY,**
JEFFREY K. BROWN; JAMES VAGNINI; )  **PURSUANT TO 28 U.S.C. §1441 (a)**
FREDERIC DAVID OSTROVE; BRYAN )
MAZOLLA; SUSAN FITZGERALD; AND JOHN )
AND JANE DOES 1-10, (a fictitious designation for )
presently unknown Defendants), )
)
           Defendants. )
)
)
)
)

---

RECEIVED-CLERK U.S. DISTRICT COURT 2006 NOV 17 A 8:55

TO: Kenneth S. Thyne, Esq.
ROPER & TWARDOWSKY, LLC
77 Jefferson Place
Totowa, New Jersey 07512-2614
Attorneys for Plaintiffs

PLEASE TAKE NOTICE that defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. hereby remove the above-captioned case to the United States District Court for the District of New Jersey. The grounds for removal are:

1. On or about September 27, 2006 plaintiffs filed a civil action against defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. in the Superior Court of New Jersey, Law Division, Passaic County, under Docket No. PAS-L-4121-06. A true copy of plaintiffs' Summons and Complaint are attached to this notice as "Exhibit A", and incorporated herein by reference.

2. Defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. first received a copy of the Summons and Complaint, by service or otherwise, on October 23, 2006.

3. On or about October 23, 2006 plaintiffs filed a First Amended Complaint in the Superior Court of New Jersey, Law Division, Passaic County, under Docket No. PAS-L-4121-06, again naming Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. as defendants. A true copy of plaintiffs' First Amended Complaint is attached to this notice as "Exhibit B", and incorporated herein by reference.

4. Defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. first received a copy of the First Amended Complaint, by service or otherwise, on November 3, 2006.

5. There have been no further proceedings in the Superior Court of New Jersey to date.

6. Removal of this action to this Court is proper under 28 U.S.C. §1441(a), as this Court would have original jurisdiction over this action pursuant to 28 U.S.C. §1332(d)(2)(A).

7. 28 U.S.C. §1332(d)(2) permits removal of Class Actions in cases where (1) the aggregate amount in controversy of all plaintiffs' claims exceeds $5 million, exclusive of interest and costs; (2) any members of a class of plaintiffs is a citizen of a State different from any defendant; and (3) there are at least 100 members of the class(es).

## AMOUNT IN CONTROVERSY

8. In Section II, Paragraphs 25 of plaintiffs' Complaint, as well as Section II, Paragraphs 25 of plaintiffs' First Amended Complaint, they call for the "disgorgement" of an alleged $7 million payment made by defendant Nextel Communications, Inc.

9. Accordingly, the amount in controversy in the within matter exceeds $5 million, exclusive of interest and costs, as required by §1332(d)(2).

## DIVERSITY OF CITIZENSHIP

10. In Section I, Paragraphs 1-6 of plaintiffs' Complaint, as well as Section I, Paragraphs 1-6 of plaintiffs' First Amended Complaint, plaintiffs Michael S. Johnson,

Donna Dymkowski, Patricia Long-Correa, Antonio Samuel, Vincent Hall, and Angelette Waters admit that they are residents of New Jersey.

11. Defendant Leeds, Morelli & Brown, P.C. is a New York Law firm, with its principal office located at One Old County Road, Suite 282, Carle Place, New York.

12. Defendant Lenard Leeds is a resident of the State of New York.

13. Defendant Steven A. Morelli is a resident of the State of New York.

14. Defendant Jeffrey K. Brown is a resident of the State of New York.

15. Accordingly, members of the class of plaintiffs are citizens of a State different from defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. *See* 28 U.S.C. § 1332(d)(2)(A).

## SIZE OF THE CLASS OF PLAINTIFFS

16. In Section II, Paragraph 21 of plaintiffs' Complaint, as well as Section II, Paragraph 21 of plaintiffs' First Amended Complaint, it is alleged that the Class of plaintiffs in the matter consists of at least 500 persons.

17. Accordingly, there are at least 100 members within the Class, as required by 28 U.S.C. §1332(d)(5)(B).

## REMOVAL IS PROCEDURALLY PROPER

18. This Notice has been filed before the expiration of thirty days from the date defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. first received a copy of the Summons and Complaint by

service or otherwise, or prior to November 22, 2006. Therefore, removal of this Class Action is timely pursuant to 28 U.S.C. §1446(b) and 1453.

19. Contemporaneous with the filing of this Notice, Defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. serve a copy of this Notice of Removal on counsel for the plaintiffs, and file a copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Law Division, Passaic County, where this action was originally filed, as required by 28 U.S.C. §1446(d).

20. The United States District Court for the District of New Jersey embraces Passaic County, and therefore this Court is the United States District Court to which this action may be removed pursuant to 28 U.S.C. §1441(a).

**WHEREFORE** defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq. respectfully remove this action to the United States District Court for the District of New Jersey.

Dated: November 17, 2006

RIVKIN RADLER LLP
Attorneys for Defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.

By: _____
JOHN J. ROBERTELLI, ESQ. (jr0821)
21 Main Street
Court Plaza South-West Wing
Hackensack, New Jersey 07601-7021
(201) 287-2460 (ph)
(201) 489-0495 (fx)

1987556 v1

RIVKIN RADLER LLP
JOHN J. ROBERTELLI, ESQ.
COURT PLAZA SOUTH-WEST WING
21 MAIN STREET
HACKENSACK, NEW JERSEY 07601
(201) 287-2460
MCCONNELL SIDERIUS FLEISCHNER
HOUGHTALING & CRAIGMILE, LLC
TRACI L. VAN PELT, ESQ.
MICHAEL T. McCONNELL, ESQ.
ROBERT W. STEINMETZ, ESQ.
DENVER CORPORATE CENTER, TOWER I
4700 S. SYRACUSE, SUITE 200
DENVER, CO 80202
(303) 458-9555
Attorneys for defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq.
Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MICHAEL S. JOHNSON, DONNA DYMKOWSKI, )
PATRICIA LONG-CORREA, ANTONIO )
SAMUEL, VINCENT HALL, ANGELETTE )
WATERS, Individually, and on behalf of the Class, )
)
                                        Plaintiffs, )    Civil Action No._____
)
                                -against- )
)    **CERTIFICATION OF**
NEXTEL COMMUNICATIONS, INC., a Delaware )    **JOHN J. ROBERTELLI, ESQ.**
Corporation; LEEDS, MORELLI & BROWN, P.C.; )    **IN SUPPORT OF NOTICE OF**
LENARD LEEDS, STEVEN A. MORELLI; )    **REMOVAL**
JEFFREY K. BROWN; JAMES VAGNINI; )
FREDERIC DAVID OSTROVE; BRYAN )
MAZOLLA; SUSAN FITZGERALD; AND JOHN )
AND JANE DOES 1-10, (a fictitious designation for )
presently unknown Defendants), )
)
                                Defendants. )
)
)
)
)
)

---

JOHN J. ROBERTELLI, ESQ., pursuant to 28 U.S.C. §1746, hereby certifies as follows:

1. I am a Partner with the firm of Rivkin Radler, LLP, attorneys for defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.

2. In accordance with Civ. R. 11.2, it is hereby certified, to the best of my knowledge, information and belief, that the matter in controversy is not the subject of any other action pending in any Court, other than the action in the Superior Court of New Jersey as to which defendants are filing the within Notice of Removal, or of any pending arbitration or administrative proceeding.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 17, 2006

RIVKIN RADLER LLP
Attorneys for Defendants Leeds, Morelli & Brown P.C., Lenard Leeds, Esq., Steven A. Morelli, Esq., and Jeffrey K. Brown, Esq.

By: *[signature]*
JOHN J. ROBERTELLI, ESQ. (jr0821)
21 Main Street
Court Plaza South-West Wing
Hackensack, New Jersey 07601-7021
(201) 287-2460 (ph)
(201) 489-0495 (fx)

1987669 v1