NOT FOR PUBLICATION

**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL S. JOHNSON, DONNA DYMKOWSKI, PATRICIA LONG-CORREA, ANTONIO SAMUEL, VINCENT HALL, ANGELETTE WATERS, Individually, and on behalf of the Class,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NEXTEL COMMUNICATIONS, INC., a Delaware Corportation; LEEDS, MORELLI & BROWN, P.C.; LENARD LEEDS, STEVEN A. MORELLI; JEFFREY K. BROWN; JAMES VAGNINI; FREDERIC DAVID OSTROVE; BRYAN MAZOLLA; SUSAN FITZGERALD; AND JOHN AND JANE DOES 1-10, (a fictitious designation for presently unknown Defendants),<br><br>　　　　　Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-CV-5547 (DMC) |

　　　　This matter coming before the Court upon motion by Defendants' Leeds, Morelli & Brown, P.C., Lenard Leeds, Steven A. Morelli and Jeffrey K. Brown to transfer this case to the Southern District of New York and upon cross-motion by Defendants Bryan Mazzolla and Susan Fitzgerald; and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

　　　　IT IS on this 21st day of September, 2007;

**ORDERED** that Defendants' motion to transfer the case to the Southern District of New York is **granted**.

                                                S/ Dennis M. Cavanaugh
                                                Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk's Office
cc:           All Counsel of Record
              The Honorable Mark Falk, U.S.M.J.
              File